# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Lorenzo Magana-Mendoza<br><br>Defendant. | Case No. 15cr2609-WQH<br><br>JUDGMENT OF DISMISSAL |



IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_   Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

\_\_   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_   the Court has dismissed the case for unnecessary delay; or

_x_   the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_   the Court has granted the motion of the defendant for a judgment of acquittal; or
\_\_   a jury has been waived, and the Court has found the defendant not guilty; or

\_\_   the jury has returned its verdict, finding the defendant not guilty;

_x_   of the offense(s) as charged in the Indictment:

18:1546(a); 8:1326(a)(b)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 12/8/2015

Hon. Jan M. Adler
United States District Judge